IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Joaquin | Case Number: 06 B 17375 |
|---|---|---|
| | Brown, Marcy | Judge: Goldgar, A. Benjamin |
| | Printed: 3/11/08 | Filed: 12/29/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 29, 2008
Confirmed: March 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,375.00 | |
| Secured: | | 720.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,472.74 |
| Trustee Fee: | | 182.26 |
| Other Funds: | | 0.00 |
| Totals: | 3,375.00 | 3,375.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 3,040.00 | 2,472.74 |
| 2. | CitiFinancial | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 354.00 | 270.00 |
| 5. | City Of Chicago | Secured | 1,000.00 | 450.00 |
| 6. | Cook County Treasurer | Secured | 2,468.00 | 0.00 |
| 7. | CitiFinancial | Secured | 9,076.59 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 13,004.45 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 437.94 | 0.00 |
| 10. | Recovery Management Systems Corp. | Unsecured | 715.61 | 0.00 |
| 11. | Monterey Financial Services | Unsecured | 506.02 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 4,016.49 | 0.00 |
| 13. | City Of Chicago | Unsecured | 28.44 | 0.00 |
| 14. | City Of Chicago | Secured | | No Claim Filed |
| 15. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 16. | Linebarger Goggan Blair Pena & Samp | Unsecured | | No Claim Filed |
| 17. | Illinois Secretary Of State | Unsecured | | No Claim Filed |
| 18. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 19. | Olive Harvey College | Unsecured | | No Claim Filed |
| 20. | Linebarger Goggan Blair Pena & Samp | Unsecured | | No Claim Filed |
| 21. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 22. | Olive Harvey College | Unsecured | | No Claim Filed |
| 23. | Linebarger Goggan Blair Pena & Samp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 34,647.54 | $ 3,192.74 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Joaquin | Case Number: 06 B 17375 |
| | Brown, Marcy | Judge: Goldgar, A. Benjamin |
| | Printed: 3/11/08 | Filed: 12/29/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 182.26 |
| | _____ |
| | $ 182.26 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

